UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KAREN TITO,<br><br>Defendant. | 26-CR-10 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference

with the Court on **January 22, 2026**, at **3:30 p.m.** in Courtroom 905 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 14, 2026
       New York, New York

_____
          DALE E. HO
    United States District Judge