UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KAREN TITO,

Defendant.

26-CR-10 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 6, 2026, the parties appeared for a status conference before this Court, at which time they were directed to meet and confer and file a joint status letter that included a proposed pretrial schedule by August 14, 2026. It is now September 22, 2026, and no such letter has been filed.

It is hereby **ORDERED** that the parties shall file a joint status letter including a proposed pretrial schedule by Friday, September 25, 2026.

SO ORDERED.

Dated: September 22, 2026
New York, New York

DALE E. HO
United States District Judge