UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

KAREN TITO,

Defendant.

26-CR-10 (DEH)

ORDER

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the conference previously scheduled for October 9, 2026, is ADJOURNED. The next conference before this Court shall be the final pretrial conference, which is scheduled for **February 12, 2027**, at **10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 8, 2026
New York, New York

DALE E. HO
United States District Judge